IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL WILLIAMS-ANTI,** | : | |
| Petitioner | : | No. 1:25-cv-00698 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WARDEN GREENE, et al.,** | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 17th day of June 2025, upon consideration of the pro se Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), application for leave to proceed in forma pauperis (Doc. No. 2), certified prisoner trust fund account statement (Doc. No. 6), and motion to stay (Doc. No. 3), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's application for leave to proceed in forma pauperis (Doc. No. 2) is **GRANTED**, and Petitioner is permitted to proceed in forma pauperis in this action;

2. Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DEEMED FILED**;

3. Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

4. Petitioner's motion to stay (Doc. No. 3) is **DENIED AS MOOT**;

5. The Clerk of Court shall **SEND** a copy of this Order to Petitioner, see R. 4, 28 U.S.C. foll. § 2254; and

6. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania